THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMANN H. CAMMANN et al., as Executors and Trustees under the Will of MARGARETTA H. WARD, Deceased, Appellants, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Cammann* v *Feitner,* 61 App. Div. 115, affirmed.
(Argued October 3, 1901; decided October 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 10, 1901, which affirmed an order of Special Term dismissing a writ of certiorari to review an assessment for taxation of personal property.

*Henry H. Man* and *Frederick H. Man* for appellants.

*John Whalen, Corporation Counsel* (*James M. Ward* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

———————

HENDERSON, HULL & COMPANY, LIMITED, Respondent, *v.* HARRY McNALLY et al., Appellants.

*Henderson, Hull & Co.* v. *McNally,* 48 App. Div. 134, affirmed.
(Argued October 4, 1901; decided October 22, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 20, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Joseph A. Farley* and *Earley & Prendergast* for appellants.

*Theodore H. Friend* and *Henry Grasse* for respondent.

Judgment affirmed, with costs, on the prevailing opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.